AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BOBBY D. BIRKS, JR.,

v.

TYRONE OLIVER, Commissioner, Georgia Department of Corrections,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:24-cv-00023

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Respondent Tyrone Oliver.



11/15/2024
Date

John E. Triplett, Clerk of Court
Clerk

*Ann Duke* (signature)

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020